UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,

    Plaintiff,                                   CASE NO.: 0:21-cv-61747-AHS

vs.

FIRST COAST ENERGY LLP,
a Florida Limited Liability Partnership

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN, by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Plaintiff expects to file a Notice of Voluntary Dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED September 28, 2021.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

1

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's Counsel, Lee D. Wedekind, III, via email at: lee.wedekind@nelsonmullins.com

                                             /s/ Gregory S. Sconzo
                                             **Gregory S. Sconzo, Esq.**